# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KEITH MEREDITH BELL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER VALERIE MEJIA, )<br>    in her individual and official capacity; )<br>OFFICER JARED ROACH, )<br>    in his individual and official capacity; )<br>CITY OF GALLATIN, TENNESSEE, )<br>    Defendants. )<br>) | Case No. _____ |

## PLAINTIFF'S MOTION TO STAY

COMES NOW Plaintiff, *pro se*, and respectfully moves this Court to stay all proceedings in this matter pending resolution of related state criminal proceedings and as grounds would state unto the Court:

1. Plaintiff has filed this action under 42 U.S.C. § 1983 to preserve his federal civil rights claims before the expiration of the applicable statute of limitations.

2. Plaintiff is simultaneously facing related criminal charges in the Criminal Court for Sumner County, Tennessee.

3. Proceeding with discovery and litigation in this civil action at this time would present a substantial risk of prejudicing Plaintiff's criminal defense, including through compelled discovery or use of statements in the parallel criminal proceeding.

4. A limited stay will promote judicial economy, prevent inconsistent rulings, and protect Plaintiff's constitutional rights.

5. Plaintiff is seeking counsel for this matter so as not to continue *pro se*.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order staying all proceedings in this case, including deadlines for responsive pleadings, discovery, and dispositive motions, until the resolution of Plaintiff's ongoing state criminal matter. Plaintiff further requests such other relief as the Court deems just and proper.

Respectfully submitted,

Keith Meredith Bell, *pro se*
224 N. Hume Avenue
Gallatin, Tennessee 37066